JS-6

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  GREAT AMERICAN INSURANCE COMPANY, a corporation, | Case No. CV 22-8941-GW-AFMx |
| 12 | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41** |
| 13          Plaintiff, | |
| 14      v. | |
| 15 | |
| 16  SEAMASTER LOGISTICS, INC., a corporation; and DOES 1 to 10, | |
| 17 | |
| 18          Defendants. | Complaint filed:      December 9, 2022 |
| 19 | |

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1    Having read and considered the STIPULATION OF DISMISSAL, and good
2 cause appearing therefor,
3    IT IS SO ORDERED that the case is dismissed as to all defendants with
4 prejudice, with each party to bear its own costs and attorney's fees.
5    **IT IS SO ORDERED.**
6
7 Dated: March 17, 2023                    _____
8                                          Honorable George H. Wu
                                           UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28